UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAY 2 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JEWNEUS WILSON SR.

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JUDGE DANIEL G. MARTIN
ATTORNEY SHOBA, RILAY
D.E.A. AGENT JAMES LONG
LT. SCOTT K. DEDORE
SGT BRIAN R. HAWKINS
SGT JASON E. BROWN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case ) 15cv4680
(To ) Judge Samuel Der-Yeghiayan
Magistrate Judge Young B. Kim
PC4

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

√ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEWNEUS WILSON SR.
PLAINTIFF

v.                                   CASE NO:

P.O Roberto C. Baltazar
P.O James P. Hurley
P.O Martin J. Teresi
P.O Eric A. Wier
P.O Miguel Cuadrado
P.O Robert J. McCallum
P.O Matthew J. Darling
P.O Dejuan L. Turner
P.O Perry J. Williams
P.O James R. Pulaski,
DEFENDANT(S)

* THIS IS a CONTINUATION OF THE FIRST CAPTION OF THIS Complaint IT IS ONLY USED TO further name DEFENDANTS.

I. **Plaintiff(s):**

A. Name: JEWNEUS WILSON SR.

B. List all aliases: NONE

C. Prisoner identification number: 467247

D. Place of present confinement: JEROME Combs Detention Center

E. Address: 3050 S. JUSTICE WAY KANKAKEE IL 60901

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: DANIEL MARTIN

Title: MAGISTRATE JUDGE FOR THE NORTHERN DISTRICT

Place of Employment: 219 S. DEARBORN ST. CHICAGO IL 60604

B. Defendant: SHOBA PILAY

Title: ATTORNEY OF THE UNITED STATES OF AMERICA (AUSA)

Place of Employment: 219 S. DEARBORN ST. CHICAGO IL 60604

C. Defendant: JAMES LONG

Title: AGENT OF THE DRUG ENFORCEMENT AGENCY

Place of Employment: UNKNOWN

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. DEFENDANT(S)

D. DEFENDANT: ~~JASON~~ SCOTT K. DEDORE
   TITLE: SUPERVISING SERGEANT/254 STAR NO/LIUTENENT
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

E. DEFENDANT: BRIAN R. HAWKINS
   TITLE: SEARGANT/SEARCH TEAM SUPERVISOR/STAR NO 2500
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

F. DEFENDANT: JASON E. BROWN
   TITLE: SEARGANT/PERIMETER/STAR NO: 1133
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

G. DEFENDANT: ROBERTO C. BALTAZAR
   TITLE: POLICE OFFICER/SECURITY/STAR NO: 10905
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

H. DEFENDANT: JAMES P. HURLEY
   TITLE: POLICE OFFICER/PERIMETER/STAR NO: 2897
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

I. DEFENDANT: MARTIN J. TERESI
   TITLE: POLICE OFFICER/ENTRY/STAR NO: 11254
   PLACE OF EMPLOYMENT:

II DEFENDANTS (CONTINUED)

J. DEFENDANT: ERIC A. WIER
   TITLE: POLICE OFFICER/ENTRY/STAR NO: 5743
   PLACE OF EMPLOYMEN: CHICAGO POLICE DEPARTMENT

K. DEFENDANT: MIGEUL Cuadrado
   TITLE: POLICE OFFICER/ENTRY/STAR NO: 5437
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

L. DEFENDANT: Robert J. McCallum
   TITLE: POLICE OFFICER/ENTRY/15180
   PLACE OF EMPLOYMENT: CHICAGO POLICE Department

M. DEFENDANT: MATTHEW J. DARLING
   TITLE: POLICE OFFICER/ENTRY/123913
   PLACE OF EMPLOYMENT: CHICAG Police Department

N. DEFENDANT: DEJUAN L. TURNER
   TITLE: POLICE OFFICER/ENTRY/10726
   Place of Employment: CHICAGO POLICE Department

O. DEFENDANT: PERRY J. WILLIAMS
   TITLE: POLICE OFFICER/ENTRY/STAR NO: 11098
   Place of Employment: CHICAGO POLICE Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 12, 2014 at exactly 12:10pm defendant officers James R. Poloski, Dejuan L. Turner, Perry J. Williams, Martin J. Teresi, Matthew J. Darling, Robert J. McCallum, Miguel Cuadrado, Eric A. Wier, Jason E. Brown, James P. Hurley, Brian R. Hawkins, Roberto C. Baltazar, Scott K. Dedore conducted an illegal search and seizure of storage unit 550 located at 2647 North Western Avenu in Chicago IL, 60616 (see Exhibit 1)

After conducting the illegal search and seizure of the storage unit defendant D.E.A. Agent James Long brought a motion to conduct a search warrant of the storage unit to defendant United States Attorney Shoba, Pilay.

This motion to conduct a search warrant was then brought before defendant magistrate judge Daniel Martin who negligently granted and

4

Revised 9/2007

SIGNED OFF ON THE MOTION TO CONDUCT A SEARCH WARRANT ON JUNE 12, 2014 AT 1:15pm AN HOUR AND 5 MINUTES AFTER THE SEARCH WARRANT WAS CONDUCTED. (SEE EXHIBITS 2 AND 3)

IT IS UPON INFORMATION AND BELIEF THAT DEFENDANTS KNOWINGLY AUTHORIZED, AND CONDUCTED THE ILLEGAL SEARCH AND SEIZURE OF THE STORAGE UNIT PRIOR TO OBTAINING THE WARRANT OF PROBABLE CAUSE TO SEARCH THE STORAGE UNIT.

As a RESULT OF THIS ILLEGAL SEARCH, AND SEIZURE the PLAINTIFF IS NOW BEING WRONGFULLY PROSECUTED, HIS 4th, 5th, AND 14th AMENDMENT RIGHTS HAVE BEEN VIOLATED.

Plaintiff NOW Suffers from TREMENDUS WEIGHT LOSS DUE TO BOTH THE LIMITED DIET AFFORDED TO THE WRONGFULLY INCARCERATE Plaintiff AND THE 9 month STATE OF DEPRESSION DUE TO WRONGFUL PROSECUTION. Plaintiff also Suffers from the mental DISTRESS, AND EMOTIONAL DISTRESS OF NOT BEING THERE FOR HIS WIFE, AND CHILDREN.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, PLAINTIFF RESPECTFULLY prays THAT THIS COURT ENTERS JUDGEMENT GRANTING plaintiff, A preliminary, and PERMANENT INJUNCTION ORDERING DEFENDANTS DANIEL MARTIN, AND SHOBA PILAY TO CEASE WRONGFUL PROSECUTION OF THE plaintiff. Compensatory, and Punitive Damages IN THE Amount of $15,000 against EACH DEFENDANT JOINTLY, AND SEVERALLY AND Plaintiff Cost in SUIT.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **Wed** day of **May-13** 20 **15**

___Jewneus Wilson___
(Signature of plaintiff or plaintiffs)

___Jewneus Wilson___
(Print name)

___467247___
(I.D. Number)

Jerome Combs Detention Center
3050 South Justice Way
Kankakee, IL 60901
(Address)

# TABLE OF EXHIBITS
## AND THEIR CONTENTS

EXHIBIT 1: CONTAINS THE LIST OF ALL, OR MAJORITY OF THE DEFENDANTS (EXCLUDING DEFENDANT D.E.A. AGENT JAMES LONG.

EXHIBIT 1 ALSO GIVES THE WARRANT NO. (1431), AND AN INACCURATE TIME UPON WHICH THE WARRANT WAS ISSUED.
* SEE EXHIBIT 3 FOR ACCURATE TIME WARRANT WAS ISSUED.

* NOTE THAT EXHIBIT 1 GIVES A NOTE (WHICH IS UNDERLINED) STATING " TO BE COMPLETED PRIOR TO SEARCH WARRANT EXECUTION.")

EXHIBIT 2: GIVES TIME AND DATE THE WARRANT WAS EXECUTED ~~ISSUED~~ AND WHAT WAS SEIZED. (SEE TIME JUNE 12, 2014 12:10pm

EXHIBIT 3: Contains PROOF OF WHEN DEFENDANT JUDGE DANIEL G. MARTIN. SIGNED, DATED, AND GAVE THE EXACT TIME THE WARRANT WAS ISSUED WHICH WAS EXACTLY 1 HOUR AND 10 MINUTES AFTER THE SEARCH, AND SEIZURE WAS CONDUCTED. THUS VIOLATING PLAINTIFF JEUNEUS WILSON SR. 4th AMENDMENT RIGHT TO ILLEGAL SEARCHES, AND SEIZURES PREVENTION.

*EXHIBIT 3 ALSO CONTAINS D.E.A. AGENT JAMES LONG, A DEFENDANT IN THIS CLAIM. AND LEADING OFFICER

# TABLE OF EXHIBITS
## (CONTINUED)

EXHIBIT 4: CONTAINS AS UNDERLINED A STATEMENT STATING " THE WARRANT OF EXECUTION TIME WAS MISTAKENLY ENTERED AS 1601 HOURS AND SHOULD READ THE ACTUAL TIME OF 1210HRS.

MEANING THERE IS NO ~~RESPECT~~ MISTAKE IN NONE OF THE DOCUMENTS. THE THE SEARCH AND SEIZURE THAT WAS ILLEGAL, AND THUS VIOLATED PLAINTIFFS 4th AMENDMENT RIGHT, WAS DONE PRIOR TO THE ACTUAL TIME THE WARRANT WAS ISSUED

## SEARCH WARRANT DATA / Chicago Police Department

| UNIT | WARRANT TYPE | WARRANT NO. |
|---|---|---|
| 193 GANG INVESTIGATION | FEDERAL SEARCH WARRANT | 14M311 |
| DECONFLICTION NO | OPERATION NAME | ISSUED DATE |
| | | (12-JUN-2014 16:00) |

### PART I - TO BE COMPLETED PRIOR TO SEARCH WARRANT EXECUTION

| JURISDICTION | NAME OF ATTORNEY (LAST, FIRST) | NAME OF JUDGE (LAST, FIRST) | EMP NO. |
|---|---|---|---|
| | PILAY, SHOBA | MARTIN, DANIEL | |

**OBJECT OF WARRANT**
NARCOTICS/FIREARMS

### PERSONNEL ASSIGNMENTS

| NAME (LAST-FIRST-MI) | AGENCY NAME | | STAR NO. | EMP NO. | ASSIGNMENT |
|---|---|---|---|---|---|
| POLASKI, R, JAMES | CPD | | 18528 | 24786 | AFFIANT |
| TURNER, L, DEJUAN | CPD | | 10726 | 102692 | ENTRY |
| WILLIAMS, J, PERRY | CPD | | 11098 | 51138 | ENTRY |
| TERESI, J, MARTIN | CPD | | 11254 | 44183 | ENTRY |
| DARLING, J, MATTHEW | CPD | | 12393 | 97080 | ENTRY |
| MCCALLUM, J, ROBERT | CPD | | 15180 | 94187 | ENTRY |
| CUADRADO, MIGUEL | CPD | | 5437 | 44719 | ENTRY |
| WIER, A, ERIC | CPD | | 5743 | 31255 | ENTRY |
| BROWN, E, JASON | CPD | | 1133 | 7937 | PERIMETER |
| HURLEY, P, JAMES | CPD | | 2897 | 18462 | PERIMETER |
| HAWKINS, R, BRIAN | CPD | | 2506 | 32771 | SEARCH TEAM SUPERVISOR |
| BALTAZAR, C, ROBERTO | CPD | | 10905 | 14539 | SECURITY |
| DEDORE, K, SCOTT | CPD | | 254 | 31922 | SUPERVISING SERGEANT OR AE |

**EQUIPMENT EXCEPTION**
NONE

ITEMS FOR CONSIDERATION

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
| 14-M-310 | June 12, 2014 12:10 hrs | Storage Manager Cube Smart |

Inventory made in the presence of:

Storage Manager

Inventory of the property taken and name of any person(s) seized:

Inventory #13195377 - Rock River Arms, Model LAR-15, 5.56mm semi auto rifle, 12" barrel, 100 round drum maganize loaded with 63 live rounds and having serial #KT1057647

#13195381 - IO Inc, model sporter, 7.62 X 39mm, 16" barrel, 30 round magazine loaded with 13 live rounds and having serial # 1-205906-200

#13195391 - Misc rounds of ammunition and pistol magazines

#13195402 - Misc items of ammunition

#13195449 - Misc items of paperwork

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

\* THIS WAS NOT SIGNED BECAUSE THE OFFICER WOULD HAVE BEEN PROSECUTED FOR PERJURY \*

AO 93 (Rev. 11/13) Search and Seizure Warrant                    AUSA Shoba Pillay, (312) 886-7631

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

### UNDER SEAL

In the Matter of the Search of:

The storage locker located at 2647 North Western Avenue, Storage Unit 550, Chicago, Illinois, further described in Attachment A

Case Number: 14 M 311

## SEARCH AND SEIZURE WARRANT

To: James Long and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

### See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### See Attachment B

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before June 26, 2014 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge DANIEL G. MARTIN.

Date and time issued: June 12, 2014    1:15 p.m.    _____
                                                    *Judge's signature*

City and State: Chicago, Illinois         DANIEL G. MARTIN, U.S. Magistrate Judge
                                          *Printed name and title*

SW 003 000067

Case: 1:15-cv-04680 Document #: 1 Filed: 05/26/15 Page 15 of 15 PageID #:15

# EXHIBIT 4

| UNIT | WARRANT TYPE | WARRANT NO. | ISSUED DATE |
|---|---|---|---|
| 193 GANG INVESTIGATION | FEDERAL SEARCH WARRANT | 14M311 | 12-JUN-2014 16:00 |

**PART II - TO BE COMPLETED FOLLOWING SEARCH WARRANT EXECUTION**

| COUNTY | RAID NUMBER | DECONFLICTION NO | OPERATION NAME |
|---|---|---|---|
| COOK | | | |

| LOCATION DESCRIPTION | SEARCH LOCATION ADDRESS | BEAT OF OCCURRENCE | DISTRICT |
|---|---|---|---|
| WAREHOUSE | 2647 N WESTERN AVE Apt 550 | 1432 | 014 |

| SUBJECT'S NAME (LAST-MI FIRST) | SEX | RACE | DATE OF BIRTH | I.R.No. |
|---|---|---|---|---|
| JEWREUS--WILSON | MALE | BLACK | 12-OCT-78 | 1138509 |

**COMMUNICATION OPERATIONS SECTION**

| NAME | AGENCY | STAR | EMP NO. | ASSIGNMENT TYPE |
|---|---|---|---|---|
| HAWKINS,R,BRIAN | CPD | 2506 | 32771 | NOTIFICATION AFTER ENTRY MADE BY |

| WARRANT EXECUTED? | WARRANT EXECUTED DATE |
|---|---|
| NO   X YES | 12-JUN-2014 16:01 |

| ARREST MADE? | YES | PROPERTY RECOVERED? | YES | PREMISES TRAPS? | NO |
| ATTACK DOGS USED? | NO | APARTMENT BARRICADED? | NO | GUNS FOUND? | YES |

CASE INFORMATION TURNED OVER TO DRUG & GANG HOUSE PROSECUTION?   NO

**ADDITIONAL INFORMATION (ANY UNUSUAL CHARACTERISTICS)**

(1) Rock river arms LAR-15 rifle (13195377)
(1) I.O inc USA Sporter rifle   (3195381)

Note: The warrant execution time was mistakenly entered as 1601 hrs and should read the actual time of 1210 hrs.

**RECORD THE NAME AND STAR OF THE RECOVERING OFFICER, A DESCRIPTION OF THE ITEM(S) SEIZED AND THE LOCATION OF DISCOVERY FOR EACH DISTINCT SEIZURE**

| INVENTORY ID | ITEM ID | PROPERTY TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|---|
| 13195377 | 6926844 | FIREARM | 1 | ROCK RIVER ARMS, LAR-15, KT105764 |
| 13195377 | 6926845 | MAGAZINE | 1 | DRUM MAGAZINE |
| 13195377 | 6926846 | BULLET / AMMO | 63 | LIVE ROUNDS OF .223 CALIBER AMMUN |
| 13195381 | 6926851 | FIREARM | 1 | I.O. INC USA, SPORTER, 1-250906-2 |
| 13195381 | 6926852 | MAGAZINE | 1 | MAGAZINE |
| 13195381 | 6926853 | BULLET / AMMO | 13 | LIVE ROUNDS OF 7.62 X 39 MM AMMU |
| 13195391 | 6926872 | BULLET / AMMO | 1 | BOX CONTAINING 44 LIVE ROUNDS OF |
| 13195391 | 6926873 | BULLET / AMMO | 1 | TRAY CONTAINING 36 LIVE ROUNDS OF |
| 13195391 | 6926874 | BULLET / AMMO | 1 | BOX CONTAINING 20 LIVE ROUNDS OF |
| 13195391 | 6926875 | MAGAZINE | 1 | TAURUS MAGAZINE LOADED WITH 10 LI |

CPD-41.703 (Rev.12/03)   Page 3 of 4   Printed by: PCOT222   12-JUN-2014 17:42

SW 003 000025